

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2024

No. 04-24-00176-CR

Genevieve Pauline **GOLDEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR11545
Honorable Andrew Carruthers, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on June 12, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2024.

_____
Luz Estrada, Chief Deputy Clerk